ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Ste. 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARY D. HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 5:11-CV-02003-CJC-RZ <br> _____ <br><br> [~~PROPOSED~~] <br> **ORDER OF REMAND** |

      Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: January 30, 2012

                                          _/s/ Ralph Zarefsky_
                                          HON. RALPH ZAREFSKY
                                          United States Magistrate Judge