ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JACOB M. MIKOW, CSBN 23845
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARY D. HERNANDEZ, | ) |
| | ) No.: 5:11-cv-02003-CJC-RZ |
| Plaintiff, | ) |
| | ) |
| vs. | ) **[AMENDED PROPOSED]** |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff. The Commissioner shall pay benefits to Plaintiff according to law, in accordance with the Commissioner's February 5, 2013, administrative decision in Plaintiff's favor.

Dated: June 03, 2013      _____
                          HON. RALPH ZAREFSKY
                          United States Magistrate Judge